UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300
OFFICE OF THE CLERK

BOSTON, MA 02210

FILED
IN CLERKS OFFICE

2011 SEP 12  P 12: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

PLAINTIF
JOSEPH MULVEY

DEFENDANT
BARAK OBAMA

COMPLAINT

Conspiracy to aid and abet ongoing domestic terrorism and by doing so this President is in fact promoting acts of terrorism against American Citizen's and American families on American soil. Promoting acts of terrorism is not in the job description of an American President of the United States of America in and by doing this he is in fact promoting lawlessness in America if a family in America has in fact no right to Due Process of law then the concept that America was built on is no more than a lie if this is proving to be true as the documents in my possession will in fact prove that I Joseph Mulvey have no right to file criminal complaints against terrorist that have thrown bombs at my 86 year old mother's and sister's house whereas the bombs were thrown at the house on an ongoing basis it is a fact that the lawlessness of Local, State and Federal officials has not only aided and abetted this activity but it can be shown that this conduct promotes the terrorism of American citizens on American soil whereas it can in this case be shown that my family has had no right to justice—for the crimes committed against them—so this being said the Right to Due Process of Law in America is only available to the family that can afford to buy them from corrupt public officials and the list of corrupt officials in this case reach right up to the President himself that by ignoring the situation of bombs being thrown at my 86 year old Mother's house this President has shown a total disregard for the rights of the people and that being said this President has shown that he committed perjury in his Inaugural Oath – Barak Obama was in fact served at the United States Whitehouse with the bombing incident reports and other documents on April 17, 2010 right on the envelope we asked for help with the ongoing crimes being committed against myself and my family the crimes continue and we have received no Law enforcement help from any source in America so the tax money we pay to the State and the Federal Government is as it would appear is no more than fraud- paying for services that we do not receive from the Town of Oxford Massachusetts, the State of Massachusetts or the Federal Government- to at this point to include Barak Obama The President of the United States of America. Obama was served the documents by certified return receipt mail so if he failed to uphold my family's and my Civil Rights he Obama could be sued in federal Court for Conspiracy against Civil rights pursuant to USC 18-241-242 as well this case

Page 1 of 2

*[signature]*

and documents deal with acts of domestic terrorism bombs being throw at a house, as the statute conspiracy against Civil Rights reads in federal law Obama by being formally notified and failing to take action under said statute Obama automatically becomes a co-conspirator to the acts of lawlessness and terrorism of an American Citizens and a tax paying family that obviously has been paying taxes for nothing as this case shows.

Constitutional rights and governmental representation are no more than a lie told to the people of America to keep them paying taxes for nothing as this case and the facts of the case show my family and I receive no benefits of constitutional rights from the taxes this country extorts from us and or me. As such President Barak Obama is being sued for conspiracy against t Citizens Rights, perjury in his Presidential Oath of office and aiding and abetting domestic terrorism of an America Citizen and an American family. I now question how this kind of man has gotten to be the President of this once possibly great Country.

This suite to include up to two hundred John Doe and Jane Doe defendants
Signed under the pains and penalties of perjury

*[signature]*
Joseph Mulvey                                          September 12, 2011

MAIZE RD GULFORD VT.

MA                                    Page 2 of 2

IN CARE OF AN MULVEY
PO BOX 423 OXFORD MA. 01540