FBI Director Robert S. Mueller III
Boston Office FBI Massachusetts
Worcester Office FBI Massachusetts

FILED
IN CLERKS OFFICE
2011 SEP 12 P 12:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

Supervising Official of FBI Headquarters Robert S Mueller III
Supervising Official of The Boston FBI Office
Supervising Official of The Worcester FBI Office

I am Requesting under Massachusetts General Laws, Chapter 4 Section 7, Clause 26 and Massachusetts General Laws, Chapter 66 Section 10 and in and Through The Federal Freedom of Information Act in America. I Request The Names of all employees and support staff that work in These Offices of The FBI or work in and with The FBI in any Lawful or Unlawful manner Indentify each and every employee and associate of The Boston Office of The FBI and The Worcester, MA Office of The FBI. I have a Constitutional Right To This Information so as To Prosecute Civilly FBI Director and Agents and Assosiates for knowingly and willingly Aiding and Abetting The Terrorist bombings at my Family's home at 16 Saccarappa Road, Oxford, MA. Apparently The FBI as a whole has gone down The Road of Agents Hanson and Connolly Federal Agents Convicted of Organized Crime Activities while working for The FBI in Massachusetts and functioning in a manner Consistant with organized crime in Massachusetts such as The Boston, MA and Worcester, MA Field Offices Continueing To function in a manner Consistant with Organized Crime Activities and Civil Rights Violations

Page 1 of 2

FBI Director Robert S. Muellar III
Boston Office FBI Massachusetts
Worcester Office FBI Massachusetts

The statutorily established maximum period to respond to this request is ten days. If I am denied the information I seek, I will use all Administrative and Judicial Remedies to obtain the information that I requested.

CC: FBI Director Robert S Muellar III
    935 Pennsylvania Avenue
    Washington D.C. 20535

CC: Boston Office FBI
    1 Center Plaza Suite 600
    Boston, MA 02108

CC: Worcester Office FBI
    120 Front Street Suite 810G
    Worcester, MA 01608

*[signature]*