UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

August 9, 2011
Docket Number

Joseph Mulvey
vs
Senator John Keary and Staff

Submission of Facts against Senator John Keary and Staff

IT CAN be shown, IN fact, That I Joseph Mulvey have been Appealing to Senator John Keary and his Staff since The early 1990's for assistance with numerous Civil Rights Violations to include False Imprisonment in Federal Penitentiaries each of said instances was committed by means of Perjury before Federal Grand Jurys. Grand Jurys are commonly abused by Federal Authorities for Illegal purposes such as in This Case. Grand Jury Power has obviously been abused for the purpose of Terrorism of a witness to criminal Activity. Crimes committed by Police officers, Court Clerks, Judicial Officials, State and Federal Representatives In fact The paper Trail of illegal activities can now be definitively shown To lead into the office of President Barack Obama and into the very Oval office of The United States of America itself whereas Obama Failed To Take Action To Stop Terrorist Activities at The Property of The Mulvey Family at 16 Saccarappa Road Oxford, MA

Further Complaints against Senator John Keary for aiding and abetting such illegal activities as The Three instances of

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

August 9, 2011                                    Dockett

Terrorist bombings committed against my family at their home at 16 Saccarappa Road, Oxford, MA. Doccumented by the attendance of the Massachusetts State Police Bomb Squad at each instance of terrorist bombings

Since Senator John Keary and his staff have been formally notified of the ongoing criminal and constitutional violations against myself and my family. Such crimes and violations as have been committed, several counts of attempted murder includeing under the color of authority, several counts of kidnappings under the color of authority defined as such by dissmissals, numerous counts of bodily injury committed under the color of authority committed by clearly illegal means. Which in fact constitutes torture. Four counts of terrorist bombing episodes have occored destruction of private property, vandalism of private property breaking and entering and home invasion committed under the color of authority by illegal means such as perjury before a federal grand jury said perjury committed in an attempt to have me murdered in federal costody as having been jailed in several of the worst penitentaries in the country without a trial, without a conviction for the purpose of terrorism and attempted murder against me a witness of organized crime activities in law enforcement local, state, federal and government authorities and or law enforcement.

We have been appealing for Representatives help from John Keary and his staff since the early 1990's Keary's office has never been of assistance with the constitutional

Page 2 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

August 9, 2011                                         Dockett

and CRIMINAL VIOLATIONS. As such Senator John Keary and his staff are in fact COCONSPIRATOR TERRORISTS, would be murderers and Thieve and Home Invaders as defined PURSUANT TO USC 18-241-242, USC 115 272 Subsection 1331-1332-A1-A2 USC 18-1951 Under The RICCO ACT for ORGANIZED CRIME activities under the Color of GOVERNMENT, LAW and AUTHORITY.

Signed under The PAINS and PENALTIES of PERJURY

CC. Boston Globe
    Washington Post
    Worcester Telegram
    Worcester Magazine

*Joseph Mulvey*

United States District Court
District of Massachusetts

August 9, 2011					Docket.

Responce to Question VIII Related Cases

As Far As And In Reference To Cases Related To This matter Cases Related To This matter would be found in Numerous Courthouses both State And Local District Courts as well as Federal Courts in Massachusetts, New Hampshire and Vermont. Criminal activity on The part of The Courts Involved in These matters Can easily be Shown Through Illegal Dissmissal of Cases where The facts were Still in Dispute in Said cases

*[signature]*

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Joseph Mulvey

**DEFENDANTS** Senator John Keary And Staff

**(b)** County of Residence of First Listed Plaintiff: Windham, VT
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
Service Provided at 1 Bowdoin Square Boston, MA 02114

**(c)** Attorney's (Firm Name, Address, and Telephone Number): Joseph Mulvey Pro Se

Attorneys (If Known):

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (Place an "X" in One Box for Plaintiff and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT:
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☒ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

TORTS — PERSONAL INJURY:
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☒ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

TORTS — PERSONAL INJURY:
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

FORFEITURE/PENALTY:
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR:
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☒ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

BANKRUPTCY:
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS:
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS:
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

IMMIGRATION:
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

CIVIL RIGHTS:
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

PRISONER PETITIONS:
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

REAL PROPERTY:
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

OTHER STATUTES:
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☒ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
USC 18-241-242   USC 18-1951   USC 115 272 1331/1332-A1-A2   See Attached page
Brief description of cause: Aiding and Abetting Terrorist Bombings and other Civil Criminal Violations

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 50 Million Dollars
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): Too Many other cases to list here. See Attached page
JUDGE: _____   DOCKET NUMBER: _____

DATE: _____   SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

[Signature] August 9, 2011

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Mulvey V-S Keary  Plaintiff Joseph Mulvey   Defendents Senator John Keary and Staff

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).  USC 18-241-242  USC 115-1331-1332-A1-A2  USC 18-1951 And others See Attached Page

   ___ I.   410, 441, 470, 535, 830*, 891, 893, 894, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  110, 130, 140, 160, 190, 196, 230, 240, 290, 320, 362, 370, 371, 380, 430, 440, 442-446, 710, 720, 730, 740, 790, 820*, 840*, 850, 870, 871.

   ___ III. 120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315, 330, 340, 345, 350, 355, 360, 365, 368, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 610, 620, 625, 630, 640, 650, 660, 690, 791, 810, 861-865, 875, 890, 892, 900, 950.

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☒   NO ☐

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☒   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☐

   I Request A Jury Trial

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Joseph Mulvey Pro Se
ADDRESS Hayes Road Guilford, Vermont
TELEPHONE NO. For Pot, Act Tree And Scuba Service  508-340-3415

(CategoryForm4-4-11.wpd - 4/4/11)

August 9, 2011

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Joseph Mulvey
*Plaintiff*

v.                                                      Civil Action No. _____

Senaton John Keary + Staff
*Defendant*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: Self employed and not allowed to earn a living as a result of ongoing Terrorist Activities committed by Oxford, MA Police Department and others that, in fact, include President Barack Obama who is Documented to have Aided and Abetted Terrorist Bombings at 16 Saccarappa Road Oxford, MA which bombings occured on numerous occassions
My take-home pay or wages are: $ 90.00 per *(specify pay period)* Last 30 days.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☒ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☐ No
(e) Gifts, or inheritances                            ☐ Yes    ☐ No
(f) Any other sources                                 ☐ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

My work is limited by ongoing False Arrest and False Incarceration committed on an ongoing and continuing basis by the Oxford, Massachusetts Police Department and the State of Massachusetts. Although a Licensed Operator. The only town in America I can not drive a vehicle in is Oxford, Massachusetts, without being falsely arrested, falsely imprisoned and physically abused and injured as a result of the last count of attempted murder by the, in my opinion, the Triplett Terrorists and Associates my health also limits my ability to be able to work in my chosen profession and as such has caused financial burden.

[signature] August 9, 2011

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account: $ .95

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value):* I own no currently road worthy vehicles. I own no other of the listed above. The only things that I own are tools to be able to earn a living with.

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense):* Currently I am going in the hole $200.00 to $250.00 per month for my family's assistance as a result of the ongoing illegal, criminal and civil activities and or infractions

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: I Joseph Mulvey

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable):* Debts owed as result of financial assistance by my family

    *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: August 9, 2011

*Applicant's signature*

Joseph Mulvey
*Printed name*